BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (915) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMAL JIT SINGH, | ) |
| | ) Case No.: 2:13-cv-1909 JAM EFB |
| Plaintiff, | ) |
| | ) **Joint Stipulation and Order re: Remand** |
| v. | ) **Pursuant to 8 U.S.C. § 1447(b)** |
| | ) |
| MICHAEL BIGGS, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

This is an immigration case in which Plaintiff has challenged the delay in the adjudication of his naturalization application, and filed a petition pursuant to 8 U.S.C. § 1447(b). United States Citizenship and Immigration Services is now prepared to adjudicate the application, and both parties stipulate to an order of remand for that purpose. United States Citizenship and Immigration Services will adjudicate the application within 45 days of the order of remand. Each side to bear its own costs of litigation.

Dated: November 22, 2013                    Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                            /s/ Audrey B. Hemesath

1

AUDREY B. HEMESATH
Assistant U.S. Attorney

DATED: November 22, 2013				Respectfully submitted,
							/s/ Anna Benvenue
							Anna Benvenue
							Law Offices of Robert B. Jobe
							Attorney for the Plaintiff

## ORDER

Pursuant to the foregoing stipulation, and 8 U.S.C. § 1447(b), the matter is remanded to United States Citizenship and Immigration Services, to complete adjudication within 45 days.  This action is dismissed, each side to bear its own costs of litigation.

DATED:  11/22/2013

						/s/ John A. Mendez_____
						UNITED STATES DISTRICT COURT JUDGE

2